IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S.A. ex rel. LIBERTY MECHANICAL SERVICES, INC., | : : : | CIVIL ACTION |
| v. | : : | |
| NORTH AMERICAN SPECIALTY INSURANCE COMPANY. | : : | NO. 13-4171 |

**ORDER**

**AND NOW**, this 21st day of February, 2014, in consideration of Defendant's Motion to Dismiss (ECF 6) and all replies thereto, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** that Plaintiff may file an Amended Complaint within twenty-one days (21) of this Order. Defendant may, at that time, re-raise its motion on jurisdictional grounds. If Plaintiff fails to file an Amended Complaint, this matter will be dismissed with prejudice.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge